IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALLEN DAVIES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REYNOSO, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-00485-DC-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 20, 23) |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On July 7, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  Plaintiff filed objections to the findings and recommendations. (ECF No. 25.) Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 7, 2025, ECF No. 23, are adopted in full.
2. Plaintiff's motion entitled "Request for Motion for Discovery and Injunctive Relief," ECF No. 20, is denied.
3. This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:  **September 16, 2025**

Dena Coggins
United States District Judge

2