**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS ALLEN DAVIES, | No.  2:24-CV-0485-DC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| REYNOSO, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for an extension of time to file objections to the Court's March 5, 2026, findings and recommendations.  See ECF No. 31.  For the reasons discussed below, Plaintiff's motion will be granted.

On March 5, 2026, the Court issued findings and recommendations that Plaintiff's motion for injunctive relief be denied.  See ECF No. 30.  The Court stated:

> In his two-page motion, Plaintiff claims that unnamed prison officials are exposing him to toxic fumes and placing chemicals in his food. See id. It is unclear what relief Plaintiff seeks.
>
> * * *
>
> To the extent Plaintiff seeks some form of injunctive relief, the Court finds that such relief is not available. Plaintiff seeks injunctive relief directed to unnamed prison officials. According to Plaintiff, as outlined in the operative second amended complaint, the defendants in this case are prison officials at Mule Creek State Prison, the California Health

1

Care Facility, and/or the R.J. Donovan Correctional Center.1 Plaintiff has not identified any currently named defendant in the pending motion. As explained above, the Court cannot issue injunctive relief directed to non-parties.

ECF No. 30.

In his motion for an extension of time, Plaintiff seeks additional time to file objections and to allow him to amend his complaint and file a renewed motion for injunctive relief addressing the defects noted in the Court's findings and recommendations.  See ECF No. 31.  The Court finds that in order to state a claim Plaintiff still must identify within his pleading both additional facts and name a party defendant properly subject to injunctive relief. It appears that Plaintiff seeks additional time to amend his filings to address the issues the Court identified.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time to file objections to the Court's March 5, 2026, findings and recommendations, ECF No. 31, is GRANTED and Plaintiff  may file such objections on or before May 8, 2026. The Court further grants Plaintiff leave to amend his pleadings to address the above-described defects. Such amendment must be filed on or before June 5, 2026.

Dated:  April 9, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2