**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

THOMAS ALLEN DAVIES,

Plaintiff,

v.

REYNOSO, et al.,

Defendants.

No. 2:24-CV-0485-DC-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motions for an extension of time. See ECF Nos. 37.

On April 9, 2026, the Court issued an order granting Plaintiff leave to file a third amended complaint by June 5, 2026, and granting Plaintiff an extension of time to May 8, 2026, to file objections to the Court's March 5, 2026, findings and recommendations. See ECF No. 33. Plaintiff seeks a further extension of these deadlines due to late receipt of the April 9, 2026, order following a recent prison transfer. See ECF Nos. 34 and 35. Good cause appearing therefor, Plaintiff's motions will be granted.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 37, is granted.

2. Objections to the Court's March 5, 2026, findings and recommendations are due within 30 days of the date of this order.

3. Plaintiff's third amended complaint is due within 30 days of the date of this order.

Dated: July 14, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE