**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

THOMAS ALLEN DAVIES,

Plaintiff,

v.

REYNOSO, et al.,

Defendants.

No. 2:24-CV-0485-DC-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file objections to the Court's March 5, 2026, findings and recommendations and to file a third amended complaint. See ECF No. 39. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to limited access to the law library, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 39, is granted.

2. Plaintiff's objections to the Court's March 5, 2026, findings and recommendations are due within 30 days of the date of this order.

3. Plaintiff's third amended complaint is due within 30 days of the date of tis order.

Dated: August 18, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE