IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS ALLEN DAVIES,

Plaintiff,

v.

REYNOSO, et al.,

Defendants.

No. 2:24-cv-0485-DC-ICD (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 24, 30)

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 5, 2026, the magistrate judge filed findings and recommendations recommending the court deny Plaintiff's motion for injunctive relief (ECF No. 24), and those findings and recommendations were served on the parties and contained notice that the parties may file objections within the time specified therein. (ECF No. 30.) After receiving extensions of time in which to do so, Plaintiff filed objections on September 3, 2026. (ECF No. 41.) In his objections, Plaintiff reiterates his arguments for why he believes he will be able to prove his retaliation claim. (*Id.*) But Plaintiff does not meaningfully object to the magistrate judge's analysis, which correctly explained that the court cannot issue injunctive relief directed against individuals who are not parties to this lawsuit, as Plaintiff requests in his motion. Thus, Plaintiff's

objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed March 5, 2026, ECF No. 30, are ADOPTED;

2. Plaintiff's motion for injunctive relief, ECF No. 24, is DENIED; and

3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 15, 2026**

Dena Coggins
United States District Judge